REMILLARD & HUYNH
LAURENT J.  REMILLARD, JR.	4592-0
lremillard@rh-lawyers.com
DON V. HUYNH	7967-0
dhuynh@rh-lawyers.com
RECHELLE A.M. BARBOUR	9953-0
rbarbour@rh-lawyers.com
Suite 2302, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone: (808) 536-5737

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA DUST and ROBERT DUST,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>HILTON HAWAIIAN VILLAGE LLC and HILTON MANAGEMENT LLC,<br><br>　　　　　　　Defendants. | ) Civil No. 16-00226 ACK-KJM<br>)<br>) STIPULATION AND ORDER<br>) FOR DISMISSAL WITH<br>) PREJUDICE OF PLAINTIFF<br>) ROBERT DUST'S CLAIMS<br>) AGAINST DEFENDANTS<br>) HILTON HAWAIIAN VILLAGE<br>) LLC and HILTON<br>) MANAGEMENT LLC<br>)<br>)<br>) Trial Date: February 21, 2018<br>) Judge: Honorable Alan C. Kay<br>) Magistrate Judge Kenneth J.<br>) Mansfield |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
OF PLAINTIFF ROBERT DUST'S CLAIMS AGAINST DEFENDANTS
HILTON HAWAIIAN VILLAGE LLC and HILTON MANAGEMENT LLC**

　　IT IS HEREBY STIPULATED by and between Plaintiff ROBERT DUST

and Defendants HILTON HAWAIIAN VILLAGE LLC and HILTON MANAGEMENT LLC, by and through their respective counsel, that Plaintiff Robert Dust's claims against Defendants Hilton Hawaiian Village, LLC and Hilton Management LLC are dismissed with prejudice.  This stipulation is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii.

Plaintiff Patricia Dust's claims against Defendants Hilton Hawaiian Village, LLC and Hilton Management LLC remain in this action.  Each party shall bear his or its own costs and attorneys' fees.  This Stipulation is signed by counsel for all parties that have appeared in this action.

DATED: Honolulu, Hawaii, _____September 12, 2017_____.


By /s/ Laurent J. Remillard, Jr.
LAURENT J. REMILLARD, JR.
DON V. HUYNH
RECHELLE A.M. BARBOUR

Attorneys for Plaintiffs Patricia Dust and Robert Dust

By /s/ Nicole Y. Altman
PATRICIA M. NAPIER
NICOLE Y. ALTMAN

Attorneys for Defendants Hilton Hawaiian Village LLC and Hilton Management LLC

APPROVED AND SO ORDERED:
Dated:  Honolulu, Hawaii, September 28, 2017.



_____
Alan C. Kay
Sr. United States District Judge

---

*Dust, et al. v. Hilton Hawaiian Village LLC, et al.*; Civil No. 16-00226 ACK-KJM; Stipulation and Order for Dismissal of Plaintiff Robert Dust's Claims Against Defendants Hilton Hawaiian Village, LLC and Hilton Management LLC.