REMILLARD & HUYNH
LAURENT J. REMILLARD, JR.     4592-0
lremillard@rh-lawyers.com
DON V. HUYNH                  7967-0
dhuynh@rh-lawyers.com
RECHELLE A.M. BARBOUR         9953-0
rbarbour@rh-lawyers.com
Suite 2302, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 536-5737

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT CIRCUIT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA DUST and ROBERT DUST,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>HILTON HAWAIIAN VILLAGE LLC and HILTON MANAGEMENT LLC,<br><br>　　　　　　　Defendants. | ) Civil No. 16-00226 ACK-KJM<br>)<br>) STIPULATION AND ORDER<br>) FOR DISMISSAL WITH<br>) PREJUDICE OF ALL CLAIMS<br>) AND ALL PARTIES<br>)<br>)<br>)<br>)<br>)<br>) Trial Date: February 21, 2018<br>) Judge: Honorable Alan C. Kay<br>) Magistrate Judge Kenneth J.<br>) Mansfield<br>) |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND ALL PARTIES**

　　IT IS HEREBY STIPULATED by and between Plaintiff PATRICA DUST

and Defendants HILTON HAWAIIAN VILLAGE LLC and HILTON

MANAGEMENT LLC, by and through their respective counsel, that the Second Amended Complaint, filed on June 13, 2017, in CV 16-00226 ACK-KJM in the United States District Court, District of Hawaii, is hereby dismissed with prejudice.  This stipulation is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii.

Plaintiff Robert Dust's claims against Defendants Hilton Hawaiian Village, LLC and Hilton Management LLC were dismissed pursuant to the Stipulation and Order for Dismissal with Prejudice of Plaintiff Robert Dust's Claims Against Defendants Hilton Hawaiian Village LLC and Hilton Management LLC, filed on September 28, 2017.  There are no remaining claims or parties.  Each party shall bear his or its own costs and attorneys' fees.  This Stipulation is signed by counsel for all parties that have appeared in this action.

DATED: Honolulu, Hawaii, <u>October 31, 2017</u>.

By   /s/ Laurent J. Remillard, Jr.
LAURENT J. REMILLARD, JR.
DON V. HUYNH
RECHELLE A.M. BARBOUR

Attorneys for Plaintiffs Patricia Dust and Robert Dust

By  /s/ Nicole Y. Altman
PATRICIA M. NAPIER

Case 1:16-cv-00226-ACK-KJM   Document 104   Filed 11/02/17   Page 3 of 3   PageID #: 509

NICOLE Y. ALTMAN

Attorneys for Defendants Hilton Hawaiian Village LLC and Hilton Management LLC

APPROVED AND SO ORDERED:
Dated: Honolulu, Hawaii, November 2, 2017.



_____
Alan C. Kay
Sr. United States District Judge

---

*Dust, et al. v. Hilton Hawaiian Village LLC, et al.*; Civil No. 16-00226 ACK-KJM; Stipulation and Order for Dismissal with Prejudice of All Claims and All Parties.